UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JAMES W. OLIVER,** | CASE NO. CV 13-5799-JLS (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **ELVIN VALENZUELA, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 4-24-14

JOSEPHINE L. STATON
Josephine L. Staton
United States District Judge